IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SANAZ DERAKHSHANI JAN, | |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | Case No. 2:26-cv-00148 |
| DONALD J. TRUMP, et al., | District Judge Robert J. Shelby |
| Defendants. | |

Per the Order entered on February 24, 2026, the court dismisses the above-caption case.

The Clerk of Court is directed to close the case.

SO ORDERED this 24th day of February 2026.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

1