UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SANAZ DERAKHSHANI JAN,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:26-cv-00148<br><br>District Judge Robert J. Shelby |

Before the court is Plaintiff Sanaz Derakhshani Jan's Motion for Leave to Appeal *In Forma Pauperis* (IFP).[1] The standards to proceed IFP at the district court and on appeal are the same.[2] The court previously denied Jan's Motion for Leave to *Proceed In Forma Pauperis* because this court lacks venue and the Complaint fails to state a claim upon which relief may be granted.[3] For all the reasons explained in the prior Order,[4] the Motion for Leave to Appeal IFP is DENIED.[5]

---

[1] Dkt. 10, *Motion to Proceed in Forma Pauperis*.

[2] *See Lay v. Okla. Dep't of Corr.*, 746 Fed. App'x 777, 779–80 (10th Cir. 2018) ("[T]o succeed on an IFP motion" before the district court, "the movant must make two showings: (1) a financial inability to pay the required filing fees; and (2) the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues he raises," and to proceed IFP on appeal, the movant "must show (1) that he has a financial inability to prepay the $505 appellate filing fee, and (2) that he has forwarded a reasoned, nonfrivolous argument on the law and facts in support of his appeal." (citation modified)).

[3] Dkt. 6, *Memorandum and Order* (denying Dkt. 2, *Motion to Proceed in Forma Pauperis*) (*Order*).

[4] *Id.* at 2–5.

[5] Dkt. 10.

SO ORDERED this 1st day of April, 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge